```
UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                :
LEVELLE MING,                                   :
                                                :
                         Plaintiff,             :   ORDER AND CIVIL JUDGMENT
                                                :
         - against -                            :   10-CV-4946 (JG) (LB)
                                                :
GOODWILL INDUSTRIES, JOANNE PAGAN,              :
SANDRA WOODS, MELISSA DIAZ, CINDY               :
CUBILETE, MICHELLE MALEC, DAVID                 :
FAIRLEY, CARLOS MURGANTI, PATRICIA              :
SAENZ, DANNY MEZA, WINSOME                      :
MORGAN, CHARLES REVIS, ERODITA                  :
AGARD, GEORGE BEASLEY, CLIFFORD                 :
TAYLOR, CORLIS TAYLOR, CHERYL WILEY,            :
CAROLINA ALCANTARA, BRANDEE                     :
STOKES, EBONY HALFACRE, AISHA SANG,             :
EDRENIA JONES, GIDEON AKERS,                    :
DESRAY HARPER,                                  :
                                                :
                         Defendants.            :
----------------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

On October 21, 2010, Plaintiff Levelle Ming filed this action *pro se*. By Order dated November 22, 2010, I dismissed the action with leave to replead within 30 days. The Order further stated that "[i]f no amended complaint is filed within 30 days, the case will be dismissed with prejudice and judgment shall enter for the defendants." Ming has not filed an amended complaint and the time for doing so has passed. Accordingly, it is,

ORDERED, ADJUDGED AND DECREED that the complaint is hereby dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

John Gleeson, U.S.D.J.

Dated: Brooklyn, New York
January 14, 2011